**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal Action No. 18-238 (EGS) |
| SAINT VINCENT HARRIS | |
| Defendant. | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

On October 22, 2019, the Court sentenced Mr. Harris to five years of incarceration followed by three years of supervised release based on his plea of guilty to Using, Carrying, and Possessing a Firearm During a Drug Trafficking Offense in violation of 18 USC § 924(c)(1)(A)(i). *See* ECF No. 58.

On September 14, 2023, the Probation Office filed a petition alleging that Mr. Harris failed to notify his probation officer of a change in address, used and possessed THC, failed to enroll in a vocational services program, failed to attend substance abuse treatment, and failed to follow instructions given by the probation office. *See* ECF No. 92. The Court issued a supervised release warrant on September 20, 2023, and the warrant was executed on September 27, 2024. *See* ECF No. 93, 94. On October 2, 2024, Magistrate Judge Zia Faruqui released Mr. Harris to high intensity

supervision and home detention. *See* Minute Entry (Oct. 2, 2024); Minute Order (Oct. 2, 2024). On March 14, 2025, this Court referred the case to Magistrate Judge Faruqui for a report and recommendation on Mr. Harris' alleged violations. *See* Minute Entry (Mar. 14, 2025).

Magistrate Judge Faruqui held multiple status hearings throughout 2025, and a final hearing on violation on January 21, 2026. *See generally* Dkt. for Criminal Case No. 18-238. At that hearing, Mr. Harris admitted the pending violation, and the government and the Probation Office requested that Mr. Harris receive a time-served sentence of imprisonment and no additional period of supervision. *See* ECF No. 98 at 3. As stated in the Report and Recommendation, "[t]he government acknowledged that Mr. Harris had made progress in addressing his substance abuse issues. Mr. Harris joined in the requested sentence." *Id*. at 3.

On February 27, 2026, Magistrate Judge Faruqui issued a Report and Recommendation, and based on the joint recommendation of the parties and the Probation Office, recommended "a finding that Mr. Harris violated his conditions of release, sentence him to a period of time served, and not impose any further period of supervision." *See* ECF No. 98 at 3. Since both parties and the Probation Office made this joint recommendation, the Court need not wait 14 days for any written objection by the parties. *See* LCrR 59.1(b).

Accordingly, the Court **HEREBY ADOPTS** the recommendation of Magistrate Judge Faruqui and sentences Mr. Harris to a time-served sentence of imprisonment and no additional period of supervision.

**SO ORDERED.**


**Signed:**

> **Emmet G. Sullivan**
> **United States District Judge**
> **March 3, 2026**